UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Crim. No. 96-557 |
| | : | |
| v. | : | Honorable Stanley R. Chesler |
| | : | |
| RODRIGO NOVILLO, | : | [Proposed] Order |
| | : | |

The Court has received and reviewed Defendant Rodrigo Novillo's petition requesting expungement of his criminal record [docket entry # 20]. After consideration of Defendant's petition and the Government's response to this Court dated December 16, 2010,

IT IS on this 17th Dec. day of 2010

ORDERED that Defendant Rodrigo Novillo's petition for expungement of his criminal record is dismissed.

HON. STANLEY R. CHESLER
United States District Judge